UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALICE STOCKTON,<br>    Plaintiff, | CIVIL ACTION NO.<br>3:02 CV 361 (JCH) |
| v. | |
| HARTFORD BOARD OF EDUCATION,<br>LEAH FICHTNER, and MICHAEL<br>KOHLHAGEN<br>    Defendants. | OCTOBER 24, 2003 |

## MOTION FOR EXTENSION OF TIME

The plaintiff, on behalf of all parties, respectfully requests a two (2) week extension of time, from October 24, 2003 to November 7, 2003, within which to finalize settlement papers. This request is due to the fact that the parties are awaiting financial information from an expert so that the agreement can be finalized. This is the second request for an extension of time in this matter. The defendants consent to this motion.

Respectfully submitted,
THE PLAINTIFF

By: _____
Daniel E. Livingston ct04226
Deborah L. McKenna ct17326
Livingston, Adler, Pulda, Meiklejohn
  & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

**CERTIFICATION OF SERVICE**

     I hereby certify that a copy of the foregoing Motion Extension of Time has been sent by first-class, postage pre-paid mail on this 24th day of October, 2003, to all counsel of record as follows:

John Shea
Sabia & Hartley, L.L.C.
190 Trumbull Street, Suite 202
Hartford, CT 06103

Ann F. Bird,
Assistant Corporation Counsel
City of Hartford
550 Main Street, Room 210
Hartford, CT  06103

                                                   Daniel E. Livingston