FILED

2003 NOV 10 A 9:05

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALICE STOCKTON | : | CIVIL ACTION NO. |
| Plaintiff, | | 3:02-CV-361 (JCH) |
| | : | |
| v. | | |
| | : | |
| HARTFORD BOARD OF EDUCATION, | | |
| LEAH FICHTNER, AND MICHAEL | : | |
| KOHLHAGEN, | | |
| Defendants. | : | NOVEMBER 7, 2003 |

## MOTION FOR EXTENSION OF TIME

Defendants, Hartford Board of Education, Leah Fichtner and Michael Kohlhagen, on behalf of all parties, respectfully request a two (2) week extension of time, from November 7, 2003 to November 21, 2003, within which to finalize settlement papers. The request is needed as Defendants are awaiting financial and tax information from an expert. Defendants have been unable to finalize the proposed settlement without reviewing this information. Defendants have received notice today that the information requested will be provided on Monday, November 9, 2003. While the parties fully anticipate finalizing the settlement and moving for dismissal in accordance therewith next week, the parties nonetheless request an additional two weeks in the event additional unforseen delays occur. This is the third request for an extension of time in this matter. Plaintiff consents to this motion.

DEFENDANTS,
HARTFORD BOARD OF ED.,
LEAH FICHTNER, MICHAEL
KOHLHAGEN

By: _____
John P. Shea, Jr.
Federal Bar CT 17433
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
Tel: (860) 541-2077
Fax: (860) 713-8944

## ORDER

The foregoing Motion for Extension of Time having been heard and considered by this Court, it is hereby ORDERED:

GRANTED    /    DENIED

---

Janet C. Hall
U.S. District Court Judge

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via U.S. Mail, first class, postage prepaid, on this 7th day of November, 2003 to:

Daniel E. Livingston, Esq.
BetzaBeth Sanchez, Esq.
Livingston, Adler, Pulda, Meiklejohn &
Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922

Ann F. Bird, Esq.
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

**Chambers Copy to:**
The Honorable Janet C. Hall
915 Lafayette Blvd.
Bridgeport, CT 06604

John P. Shea, Jr.