FILED

2003 NOV 10 A 9:05

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALICE STOCKTON | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02-CV-361 (JCH) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD BOARD OF EDUCATION, | : | |
| LEAH FICHTNER, AND MICHAEL | : | |
| KOHLHAGEN, | | |
| Defendants. | : | NOVEMBER 7, 2003 |

## MOTION FOR EXTENSION OF TIME

Defendants, Hartford Board of Education, Leah Fichtner and Michael Kohlhagen, on behalf of all parties, respectfully request a two (2) week extension of time, from November 7, 2003 to November 21, 2003, within which to finalize settlement papers. The request is needed as Defendants are awaiting financial and tax information from an expert. Defendants have been unable to finalize the proposed settlement without reviewing this information. Defendants have received notice today that the information requested will be provided on Monday, November 9, 2003. While the parties fully anticipate finalizing the settlement and moving for dismissal in accordance therewith next week, the parties nonetheless request an additional two weeks in the event additional unforseen delays occur. This is the third request for an extension of time in this matter. Plaintiff consents to this motion.