FILED

2003 NOV 21 P 3:08

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALICE STOCKTON<br>Plaintiff, | : | CIVIL ACTION NO.<br>3:02-CV-361 (JCH) |
| | : | |
| v. | | |
| | : | |
| HARTFORD BOARD OF EDUCATION,<br>LEAH FICHTNER, AND MICHAEL<br>KOHLHAGEN, | : | |
| Defendants. | : | NOVEMBER 21, 2003 |

## MOTION FOR EXTENSION OF TIME

Defendants, Hartford Board of Education, Leah Fichtner and Michael Kohlhagen, on behalf of all parties, respectfully request a sixteen (16) day extension of time, from November 21, 2003 to December 8, 2003, within which to finalize settlement papers. While all parties are in final agreement as to the terms and conditions of the proposed settlement, the signatory for the Board of Education, Superintendent Robert Henry, is out of the country until December 1, 2003. Accordingly, this extension is necessary to permit Superintendent Henry to execute the Agreement and Release for the Defendants. This is the fourth request for an extension of time in this matter. Plaintiff consents to this motion.

DEFENDANTS,
HARTFORD BOARD OF ED.,
LEAH FICHTNER, MICHAEL
KOHLHAGEN

By: /s/ _____
John P. Shea, Jr.
Federal Bar CT 17433
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
Tel: (860) 541-2077
Fax: (860) 713-8944

## ORDER

The foregoing Motion for Extension of Time having been heard and considered by this Court, it is hereby ORDERED:

GRANTED   /   DENIED

_____
Janet C. Hall
U.S. District Court Judge

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via U.S. Mail, first class, postage prepaid, on this 21st day of November, 2003 to:

Daniel E. Livingston, Esq.
BetzaBeth Sanchez, Esq.
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922

Ann F. Bird, Esq.
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

**Chambers Copy to:**
The Honorable Janet C. Hall
915 Lafayette Blvd.
Bridgeport, CT 06604

_____
John P. Shea, Jr.