#29

FILED

2003 NOV 21  P 3: 08

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALICE STOCKTON | : CIVIL ACTION NO. |
| Plaintiff, | 3:02-CV-361 (JCH) |
| v. | : |
| HARTFORD BOARD OF EDUCATION, LEAH FICHTNER, AND MICHAEL KOHLHAGEN, | : |
| Defendants. | : NOVEMBER 21, 2003 |

## MOTION FOR EXTENSION OF TIME

Defendants, Hartford Board of Education, Leah Fichtner and Michael Kohlhagen, on behalf of all parties, respectfully request a sixteen (16) day extension of time, from November 21, 2003 to December 8, 2003, within which to finalize settlement papers. While all parties are in final agreement as to the terms and conditions of the proposed settlement, the signatory for the Board of Education, Superintendent Robert Henry, is out of the country until December 1, 2003. Accordingly, this extension is necessary to permit Superintendent Henry to execute the Agreement and Release for the Defendants. This is the fourth request for an extension of time in this matter. Plaintiff consents to this motion.

MOTION GRANTED.
SO ORDERED.
Janet C. Hall, U.S.D.J.

SABIA & HARTLEY, LLC • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944