FILED

UNITED STATES DISTRICT COURT    2003 DEC 11  A 11: 58
DISTRICT OF CONNECTICUT

ALICE STOCKTON                    :      CIVIL ACTION NO.
        Plaintiff,                       3:02-CV-361 (JCH)

                                  :

v.                                :

                                  :
HARTFORD BOARD OF EDUCATION,
LEAH FICHTNER, AND MICHAEL        :
KOHLHAGEN,
        Defendants.               :      DECEMBER _9_, 2003

## JOINT STIPULATION FOR
## DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff

and defendants stipulate that the above-captioned suit be dismissed in its entirety

with prejudice, and without costs or fees being awarded to any of the parties.

Dismissal with prejudice as to the entire action is voluntarily and knowingly agreed to

by the parties and so stipulated.

FOR THE DEFENDANTS,                      PLAINTIFF,
HARTFORD BOARD OF EDUCATION              ALICE STOCKTON
LEAH O. FICHTNER AND
MICHAEL KOHLHAGEN



John P. Shea, Jr.                        Daniel E. Livingston
Federal Bar No. Ct 17433                 Federal Bar No. Ct (ct04226)
Their Attorneys                          Her Attorney
Sabia & Hartley, LLC                     Livingston, Adler, Pulda,
190 Trumbull Street                      Meiklejohn & Kelly, P.C.
Hartford, CT 06103                       557 Prospect Ave.
Tel: (860) 541-2077                      Hartford, CT   06105
Fax: (860) 713-8944                      Tel: (860) 233-9821
                                         Fax: (860) 232-7818

15

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Joint Stipulation for Dismissal with Prejudice has been mailed by first class mail 9th day of December, 2003 to:

John P. Shea, Jr.
Sabia & Hartley, LLC
190 Trumbull Street
Hartford, CT  06103

Daniel E. Livingston