O2CV361 STIPDISM

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 DEC 11  A 11:58

| | |
|---|---|
| ALICE STOCKTON<br>Plaintiff, | CIVIL ACTION NO.<br>3:02-CV-361 (JCH) |
| v. | |
| HARTFORD BOARD OF EDUCATION,<br>LEAH FICHTNER, AND MICHAEL<br>KOHLHAGEN,<br>Defendants. | DECEMBER 9, 2003 |

## JOINT STIPULATION FOR
## DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff and defendants stipulate that the above-captioned suit be dismissed in its entirety with prejudice, and without costs or fees being awarded to any of the parties. Dismissal with prejudice as to the entire action is voluntarily and knowingly agreed to by the parties and so stipulated.

FOR THE DEFENDANTS,
HARTFORD BOARD OF EDUCATION
LEAH O. FICHTNER AND
MICHAEL KOHLHAGEN

_____
John P. Shea, Jr.
Federal Bar No. Ct 17433
Their Attorneys
Sabia & Hartley, LLC
190 Trumbull Street
Hartford, CT 06103
Tel: (860) 541-2077
Fax: (860) 713-8944

PLAINTIFF,
ALICE STOCKTON

_____
Daniel E. Livingston
Federal Bar No. Ct (ct04226)
Her Attorney
Livingston, Adler, Pulda,
Meiklejohn & Kelly, P.C.
557 Prospect Ave.
Hartford, CT  06105
Tel: (860) 233-9821
Fax: (860) 232-7818

15